```
                    ___ FILED          ___ RECEIVED
                    ___ ENTERED        ___ SERVED ON
                              COUNSEL/PARTIES OF RECORD

                              DEC 1 0 2012

                         CLERK US DISTRICT COURT
                           DISTRICT OF NEVADA
                    BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| YUNG LO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:12-CV-01885-RCJ-CWH |
| | ) | |
| GOLDEN GAMING, et al., | ) | |
| | ) | ORDER |
| Defendant. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #2) entered on November 6, 2012, in which the Magistrate Judge recommends that the Court enter an order denying Plaintiff's Application to Proceed *in Forma Pauperis* (ECF #1). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #2); therefore, Plaintiff's Application to Proceed *in Forma Pauperis* (ECF #1) is DENIED.

IT IS SO ORDERED.

IT IS SO ORDERED this 4th day of December, 2012.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE