UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YUNG LO,<br>          Plaintiff,<br>vs.<br>GOLDEN GAMING, *et al.*,<br>          Defendants. | Case No. 2:12-cv-01885-RCJ-CWH<br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Screening (#8), filed August 2, 2013. On November 6, 2012, the undersigned recommended that Plaintiff's application to proceed *in forma pauperis* be denied based on Plaintiff's reported income. *See* Report and Recommendation (#2). Plaintiff did not object and, on December 10, 2012, the recommendation was adopted. *See* Order (#4). Just prior to being adopted, Plaintiff submitted the required civil filing fee. *See* (#3). As such, Plaintiff is not proceeding *in forma pauperis* and, because Plaintiff is not incarcerated, it is not necessary for the Court to screen the amended complaint filed on July 22, 2013. Consequently, Plaintiff's motion for screening (#8) will be denied. Plaintiff is instructed to complete service of the complaint in accordance with Federal Rule of Civil Procedure 4. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Screening (#8) is **denied**.

Dated: August 19, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**