1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

YUNG LO,                          )
                                  )       Case No. 2:12-cv-01885-RCJ-CWH
8                     Plaintiff,  )
                                  )       **ORDER**
9     vs.                         )
                                  )
10    GOLDEN GAMING, *et al.*,     )
                                  )
11                    Defendants. )
12  _____)

13         This matter is before the Court on Plaintiff's Motion for Screening (#8), filed August 2, 2013.

14   On November 6, 2012, the undersigned recommended that Plaintiff's application to proceed *in forma*

15   *pauperis* be denied based on Plaintiff's reported income. *See* Report and Recommendation (#2).

16   Plaintiff did not object and, on December 10, 2012, the recommendation was adopted. *See* Order (#4).

17   Just prior to being adopted, Plaintiff submitted the required civil filing fee. *See* (#3).  As such, Plaintiff

18   is not proceeding *in forma pauperis* and, because Plaintiff is not incarcerated, it is not necessary for the

19   Court to screen the amended complaint filed on July 22, 2013.  Consequently, Plaintiff's motion for

20   screening (#8) will be denied.  Plaintiff is instructed to complete service of the complaint in accordance

21   with Federal Rule of Civil Procedure 4.  Accordingly,

22         **IT IS HEREBY ORDERED** that Plaintiff's Motion for Screening (#8) is **denied**.

23         Dated: August 19, 2013.

24

25

26   _____
     **C.W. Hoffman, Jr.**
     **United States Magistrate Judge**
27

28