UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YUNG LO,                )
                        )   Case No. 2:12-cv-01885-RCJ-CWH
       Plaintiff,   )
                        )   **ORDER**
vs.                     )
                        )
GOLDEN GAMING, *et al.*,)
                        )
       Defendants.  )
_____)

This matter is before the Court on Plaintiff's Motion for Copy of Order (#10), filed August 23, 2013. Though not clearly articulated, it appears Plaintiff is requesting a copy of this Court's order (#9) denying her motion for screening. Upon entry, the Clerk's office sent a copy of the order to Plaintiff at the address currently on file with the Court. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Copy of Order (#10) is **denied as moot**.

Dated: August 26, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**