UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YUNG LO,<br><br>                Plaintiff,<br><br>vs.<br><br>GOLDEN GAMING, *et al.*,<br><br>                Defendants. | Case No. 2:12-cv-01885-RCJ-CWH<br><br>**ORDER** |

       This matter is before the Court on Plaintiff's Motion for an Interpreter (#13), filed on August 30, 2013. Plaintiff appears to contend that the Court did not understand Plaintiff's Complaint and requests that an interpreter be provided. However, Plaintiff fails to cite any points and authority to support this request as required by Local Rule 7-2(a). Additionally, Plaintiff paid the required filing fee on November 19, 2012 so no further screening of the complaint is needed at this time.

       Based on the foregoing and good cause appearing therefore,

       **IT IS HEREBY ORDERED** that Plaintiff's Motion for an Interpreter (#13) is **denied**.

       Dated this 3rd day of September, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**