# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YUNG LO,

        Plaintiff,

v.

GOLDEN GAMING, et al.,

        Defendants.

Case No.: 2:12-cv-1885-JAD-CWH

**Order Granting Golden Gaming's Motion to Enforce Order [Docs. 42] and Dismissing Claims against Golden Gaming**

On June 4, 2014, the court granted plaintiff Yung Lo a 30-day extension of time to serve her summons and complaint on the defendants in this case. Doc. 40. The court emphasized "that any failure by Lo to serve any of these defendants in the manner required by Rule 4 may result in dismissal of her complaint with prejudice without further notice." *Id*. at 6.

Defendant Golden Gaming now moves the court to enforce its June 4, 2014, order and dismiss Lo's complaint against it. Doc. 42. Golden points out that it has not been served and that plaintiff failed to file proof of service by the July 7, 2014, deadline. *Id*. As plaintiff has failed to comply with Rule 4 and also has failed to comply with the court's order directing service and the filing of proof of proper service by July 7, 2014, Doc. 40,

IT IS HEREBY ORDERED that Golden Gaming's motion to enforce the order **[Doc. 42] is GRANTED**; plaintiff's claims against Golden Gaming are hereby dismissed\.

Dated: September 8, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE